No. 00–1894.  MARTIN *v.* DEPARTMENT OF EDUCATION ET AL. C. A. D. C. Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 00–10250.  KINCAID *v.* COUNTY OF SACRAMENTO ET AL. Ct. App. Cal., 3d App. Dist.  Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Certiorari denied.

No. 00–10618.  BEAZLEY *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.  JUSTICE SCALIA, JUSTICE SOUTER, and JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 01–8.  ARKANSAS PRESBYTERY OF THE CUMBERLAND PRESBYTERIAN CHURCH *v.* HUDSON ET AL.  Sup. Ct. Ark.  Motion of Catherine Urich et al. for leave to file a brief as *amici curiae* denied.  Certiorari denied.

No. 01–29.  AMWAY CORP. ET AL. *v.* PROCTER & GAMBLE CO. ET AL.  C. A. 5th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 01–91.  DOVE *v.* UNITED STATES.  C. A. 4th Cir.  Motion of petitioner for leave to file a portion of the appendix under seal granted.  Certiorari denied.

No. 01–5109.  WEBB *v.* VIRGINIA.  Sup. Ct. Va.  Motion of National Association of Criminal Defense Lawyers et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.